NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1198


ABBOTT LABORATORIES and
ABBOTT CARDIOVASCULAR SYSTEMS, INC.
(formerly known as Advanced Cardiovascular Systems, Inc.),

Plaintiffs-Appellants,

v.

JOHNSON AND JOHNSON, INC.
and CORDIS CORPORATION,

Defendants-Appellees.

Leland G. Hansen, McAndrews, Held & Malloy, Ltd., of Chicago, Illinois, argued for plaintiffs-appellants.  With him on the brief were Edward A. Mas, II, James M. Hafertepe, and Stephanie F. Pall.

Constantine L. Trela, Jr., Sidley Austin LLP, of Chicago, Illinois, argued for defendants-appellees.  With him on the brief were David T. Pritikin, Russell E. Cass, and Andrew R. Hein.

Appealed from:  United States District Court for the District of Delaware

Judge Sue L. Robinson

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1198

ABBOTT LABORATORIES and
ABBOTT CARDIOVASCULAR SYSTEMS, INC.,
(formerly know as Advanced Cardiovascular Systems, Inc.),

Plaintiffs-Appellants,

v.

JOHNSON AND JOHNSON, INC.
and CORDIS CORPORATION,

Defendants-Appellees,

# Judgment

ON APPEAL from the     United States District Court for the District of Delaware

in CASE NO(S).     06-CV-613 and  07-CV-259

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (NEWMAN, MAYER, and LOURIE, Circuit Judges).

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED:  October 20, 2008          / s /Jan Horbaly
                                                   Jan Horbaly, Clerk